```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 43868
   DENISE WEATHERSBY
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8303


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/04/2005 and was confirmed 11/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  37.31% from remaining funds.

     The case was paid in full 10/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
COOK COUNTY DEPT OF REVE  PRIORITY            25.79            .00          25.79
ARNOLD S MOROF & ASSOCIA  UNSECURED OTH       58.00            .00          21.63
CAPITAL ONE               UNSECURED OTH     1266.44            .00         472.22
AMERICASH LOANS LLC       UNSECURED OTH      729.36            .00         271.96
AMERICAS FINANCIAL CHOIC  UNSECURED OTH      814.71            .00         303.78
AMERICASH LOANS           UNSECURED        NOT FILED           .00            .00
BANK ONE NATL BKCY DEPT   UNSECURED        NOT FILED           .00            .00
FINANICAL RECOVERY SERVI  NOTICE ONLY      NOT FILED           .00            .00
BRYLANE                   UNSECURED        NOT FILED           .00            .00
CHECK INTO CASH INC       UNSECURED OTH      180.00            .00          67.12
CITY OF CHICAGO PARKING   UNSECURED OTH      240.00            .00          89.49
COMCAST                   UNSECURED        NOT FILED           .00            .00
CBA COLLECTION BUREAU     NOTICE ONLY      NOT FILED           .00            .00
CREDIT PROTECTION ASSOC   NOTICE ONLY      NOT FILED           .00            .00
DEVON FINANCIAL SERVICE   UNSECURED OTH      366.52            .00         136.66
DEPENDON COLLECTION SERV  NOTICE ONLY      NOT FILED           .00            .00
FAST CASH ADVANCE         UNSECURED OTH      779.14            .00         290.52
FINGERHUT                 UNSECURED        NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM  NOTICE ONLY      NOT FILED           .00            .00
RJM AQUISITIONS FUNDING   NOTICE ONLY      NOT FILED           .00            .00
FNBO/CONSECO              UNSECURED        NOT FILED           .00            .00
PAYDAY ADVANCE CASH TO G  UNSECURED        NOT FILED           .00            .00
JEWEL FOOD STORES         UNSECURED        NOT FILED           .00            .00
TRS RECOVERY SERVICES IN  NOTICE ONLY      NOT FILED           .00            .00
STATEWIDE CREDIT ASSN     UNSECURED        NOT FILED           .00            .00
STATEWIDE CREDIT ASSN     UNSECURED        NOT FILED           .00            .00
STATEWIDE CREDIT ASSN     UNSECURED        NOT FILED           .00            .00
IC SYSTEMS                UNSECURED        NOT FILED           .00            .00
LIVING WELL IN THE CITY   UNSECURED        NOT FILED           .00            .00
MERCY PHYSICIAN BILLING   UNSECURED        NOT FILED           .00            .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED        NOT FILED           .00            .00
ONE IRON VENTURES INC     UNSECURED        NOT FILED           .00            .00
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 43868 DENISE WEATHERSBY

```
PATHOLOGY CONSULTANTS     UNSECURED      NOT FILED              .00              .00
VILLAGE OF BEDFORD PARK   UNSECURED OTH   1119.00                .00           419.07
ASSET ACCEPTANCE CORP     UNSECURED OTH   1319.40                .00           491.96
AMERICAS FINANCIAL CHOIC  UNSECURED            .00               .00              .00
TIMOTHY K LIOU            DEBTOR ATTY    2,509.20                            2,509.20
TOM VAUGHN                TRUSTEE                                              336.60
DEBTOR REFUND             REFUND                                               105.15
```

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               5,541.15

PRIORITY                                       25.79
SECURED                                          .00
UNSECURED                                    2,564.41
ADMINISTRATIVE                               2,509.20
TRUSTEE COMPENSATION                           336.60
DEBTOR REFUND                                  105.15
                      ---------------       ---------------
TOTALS                5,541.15               5,541.15

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/28/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE